## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s):   Sarah Johnson , ; MC , Minor; , ;

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Robert T. Mills ,**
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
(480) 999-4556

**Sean A. Woods ,**
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
(480) 999-4556

,

,

**Defendant**(s): Cave Creek Unified School District , ; , ;

County of Residence: Maricopa

Defendant's Atty(s):

**David K. Pauole ,**
Wright Welker & Pauole, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040

**Brett R. Steele ,**
Wright Welker & Pauole, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040

,

,

---

**IFP REQUESTED**

---

**REMOVAL FROM Maricopa COUNTY, CASE #CV2024-030858**

---

**II. Basis of Jurisdiction:**                                                                                  3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties(Diversity Cases Only)**

Plaintiff:-                                                                                                                       N/A

Defendant:-                                                                                                                   N/A

**IV. Origin :**                                                                                                                1. Original Proceeding
**V. Nature of Suit:**                                                                                                    448 Education

**VI.Cause of Action:**                                                                                                42 U.S.C. Sec. 200d

**VII. Requested in Complaint**

Class Action:                                                                                                                  No

Dollar Demand:

Jury Demand:                                                                                                                 Yes

**Signature:** /s/ David K. Pauole

**Date:** 12/06/2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014