**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

1.   **Style of the Case:**
     Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Sarah Johnson, as mother of MC, a Minor | Plaintiffs | Robert T. Mills (018853)<br>Sean A. Woods (028930)<br>Mills + Woods Law, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, AZ 85014<br>(480) 999-4556 |
| Cave Creek Unified School District | Defendant | David K. Pauole (021965)<br>Brett R. Steele (034716)<br>Wright Welker & Pauole, PLC<br>10429 South 51st Street, Suite 285<br>Phoenix, AZ 85044<br>(480) 961-0040 |
| See attachment for remaining defendants | | |

2.   **Jury Demand:**
     Was a Jury Demand made in another jurisdiction?    Yes ⦿        No ◯
     If "Yes," by which party and on what date?

     _____        _____

3.   **Answer:**
     Was an Answer made in another jurisdiction?    Yes ◯        No ⦿
     If "Yes," by which party and on what date?

     _____        _____

**4.    Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Cave Creek Unified School District | 12/03/2024 | Waiver of Service |
| | | |
| | | |

**5.    Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| See attachment | |
| | |
| | |

**6.    Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

**7.    Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| See attachment | |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)

**SUPPLEMENTAL CIVIL COVER SHEET ATTACHMENT – PAGE 3**

**1.    Style of Case:**

| Party | Party Type | Attorney(s) |
|---|---|---|
| Peoria Unified School District | Defendant | Unknown |
| Deer Valley Unified School District | Defendant | Unknown |
| Debbie Burdick | Defendant | Unknown |
| Mark Warren | Defendant | Unknown |
| Robert Miller | Defendant | Unknown |
| Nancy Shaver | Defendant | Unknown |
| Julie Vandenberg | Defendant | Unknown |
| Sydney Meyers | Defendant | Unknown |
| Matthew Owsley | Defendant | Unknown |
| Jennifer Purvis | Defendant | Unknown |
| Janiene Marlow | Defendant | Unknown |
| Jana Miller | Defendant | Unknown |
| Joshua Rawlings | Defendant | Unknown |
| Monica Clay | Defendant | Unknown |

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Peoria Unified School District | Unknown |
| Deer Valley Unified School District | Unknown |
| Debbie Burdick | Unknown |
| Mark Warren | Unknown |
| Robert Miller | Unknown |
| Nancy Shaver | Unknown |
| Julie Vandenberg | Unknown |
| Sydney Meyers | Unknown |
| Matthew Owsley | Unknown |
| Jennifer Purvis | Unknown |
| Janiene Marlow | Unknown |
| Jana Miller | Unknown |
| Joshua Rawlings | Unknown |
| Monica Clay | Unknown |

**SUPPLEMENTAL CIVIL COVER SHEET ATTACHMENT – PAGE 4**

**7.    Claims of the Parties**

<u>Party</u>                                                            <u>Claim(s)</u>

Plaintiffs                          Violation of Title VI (Against All Defendants)
Plaintiffs                          Negligent Failure to Protect (Against School
                                         District Defendants)
Plaintiffs                          Negligence / Gross Negligence (Against All
                                         Defendants)
Plaintiffs                          Negligence Per Se (Against All Defendants)
Plaintiffs                          Negligent Hiring, Supervision, Training, and
                                         Retention (Against School District Defendants)