Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
rmills@millsandwoods.com
*Attorneys for Plaintiffs*

# IN THE DISTRICT COURT

# OF THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | No.: CV-24-03456-PHX-ASB<br><br>**PROOF OF SERVICE OF PEORIA AND DEER VALLEY UNIFIED SCHOOL DISTRICTS** |

Plaintiffs hereby file, in the form of the Certificates of Service attached as "**Exhibit 1**" hereto, proof of service of process upon Defendants Peoria Unified School District and Deer Valley Unified School District.

///

///

///

**RESPECTFULLY SUBMITTED** this 16th day of January 2025.

                              **MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

**ORIGINAL** filed this 16th day of January 2025 via AZTurboCourt with the Clerk of the Maricopa County Superior Court.

   */s/ Ben Dangerfield*

2