# EXHIBIT 1

T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In re the matter of:                )
                                    )
BARBARA JOHNSON, et al.,            )
                                    )   Case No: 2:24-cv-03456-ASB
                                    )
        Plaintiff(s),               )   **CERTIFICATE OF SERVICE**
                                    )
v.                                  )
                                    )
PEORIA UNIFIED SCHOOL DISTRICT, et al,)
                                    )
        Defendant(s).               )
_____)

1.  I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on January 9, 2025, I received; <u>Summons, Consent To Exercise Of Jurisdiction By A United States Magistrate Judge, Plaintiff's Complaint and a Notice Of Removal</u> from The Plaintiff(s).

2.  I then proceeded to successfully serve the above described documents on Dana Orta, Liability Tech for the Peoria Unified School District, 6330 W. Thunderbird Rd, Glendale, Arizona on January 10, 2025 at approximately 2:15 pm. I asked for Dana at the reception window. When she came to the lobby, I verbally identified and served her.

3.  This is considered to be personal service.

4.  The fee I charged for this service was $85.

I declare under the penalty of perjury that the foregoing is true and correct

_____              1/16/25
Gary Steiner                            Date

Page 1

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In re the matter of:                                )
                                                    )
BARBARA JOHNSON, et al.,                            )
                                                    )   Case No: 2:24-cv-03456-ASB
                                                    )
         Plaintiff(s),                              )   **CERTIFICATE OF SERVICE**
                                                    )
v.                                                  )
                                                    )
PEORIA UNIFIED SCHOOL DISTRICT, et al,)
                                                    )
         Defendant(s).                              )
_____)

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on January 9, 2025, I received; <u>Summons, Consent To Exercise Of Jurisdiction By A United States Magistrate Judge, Plaintiff's Complaint and a Notice Of Removal</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Lynne Hasty, Receptionist for the Deer Valley Unified School District, 20402 N. 15th Ave., Phoenix, Arizona on January 10, 2025 at approximately 1:20 pm. I asked who could accept service for the school district and Lynne said she could. I then verbally identified and served her.

3. This is considered to be personal service.

4. The fee I charged for this service was $85.

I declare under the penalty of perjury that the foregoing is true and correct

_____                          1/16/25
Gary Steiner                                        Date

Page 1