Michael E. Hensley, Bar #010915
John D. Lierman, Bar #030588
Clarissa B. Reiman, Bar #020271
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1775
Fax: (602) 200-7832
mhensley@jshfirm.com
jlierman@jshfirm.com
creiman@jshfirm.com

Attorneys for Defendant Peoria Unified School District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver, Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | No. 24-cv-03456-ASB<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFEDANT PEORIA UNIFIED SCHOOL DISTRICT TO FILE ITS ANSWER TO COMPLAINT** |

The parties jointly move to the extension of Defendant Peoria Unified School District's deadline to file its Answer to Complaint to February 25, 2025.

The parties certify that this request for an extension is made in good faith and not for the purposes of delay. A proposed form of order is included herewith for the Court's convenience.

117977339.1

DATED this 17th day of January, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/Clarissa Reiman*
Michael E. Hensley
John D. Lierman
Clarissa B. Reiman
*Attorneys for Defendant Peoria Unified School District*

DATED this 17th day of January, 2025.

MILLS & WOODS LAW PLLC

By */s/Clarissa Reiman w permission and on behalf of*
Robert T Mills
Sean Anthony Woods
*Attorneys for Plaintiff*

2

117977339.1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 17th day of January, 2025, I caused the foregoing |
| 3 | document to be filed electronically with the Clerk of Court through the CM/ECF System |
| 4 | for filing; and served on counsel of record via the Court's CM/ECF system. |
| 5 | |
| 6 | /s/Rachel Barajas |

3

117977339.1