Michael E. Hensley, Bar #010915
John D. Lierman, Bar #030588
Clarissa B. Reiman, Bar #020271
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1775
Fax: (602) 200-7832
mhensley@jshfirm.com
jlierman@jshfirm.com
creiman@jshfirm.com

Attorneys for Defendant Peoria Unified School District

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver, Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>　　　　　　　Defendants. | No. 24-cv-03456-ASB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DEFEDANT PEORIA UNIFIED SCHOOL DISTRICT TO FILE ITS ANSWER TO COMPLAINT** |

　　　　PROPOSED Upon motion of the parties and good cause appearing therefore;

　　　　IT IS ORDERED extending deadline for Defendant Peoria Unified School District to file its Answer to Complaint to February 25, 2025.

117977385.1