# UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Meghan M. Baka - #038373
Eli T. Enger- #034242
mmb@udallshumway.com
ete@udallshumway.com
docket@udallshumway.com
Attorneys for Defendant, Deer Valley Unified School District

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SARAH JOHNSON, AS MOTHER OF MINOR CHILD, | No. 2:24-cv-03456-ASB |
| Plaintiffs, | **STIPULATION TO EXTEND RESPONSE DEADLINE** |
| v. | |
| PEORIA UNIFIED SCHOOL DISTRICT, et al. | |
| Defendants. | |

The parties, by and through undersigned counsel, hereby stipulate extending the responsive deadline to the Complaint in this matter for Defendant Deer Valley Unified School District ("DVUSD") from January 30, 2025, to February 28, 2025. Counsel for DVUSD has only recently been retained and counsel needs time to review the Complaint thoroughly to respond as appropriately as possible. This pleading is not being filed for purposes of delay.

WHEREFORE, both parties, through counsel, hereby request that the Court issue the Order for the extension that Defendant DVUSD may file a responsive pleading to the Complaint no later than February 28, 2025.

/ / /

DATED this 23rd day of January, 2025.


**UDALL SHUMWAY PLC**             **MILLS & WOODS LAW PLLC**


By: /s/Eli T. Enger_____            By:/s/*Sean A. Woods (with permission)*
   Eli T. Enger                          Sean A. Woods
   Meghan M. Baka                        Robert T. Mills
   1138 N Alma School Rd., Ste. 101      5055 N. 12th St., Suite 101
   Mesa, AZ 85201                        Phoenix, AZ 85014
   *Attorneys for Defendant*             *Attorneys for Plaintiffs*
   *Deer Valley Unified School District*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2025, I electronically transmitted the attached document to the Clerk's Office using ECF/CM for filing and that all parties' counsel will be served via the Court's ECF/CM system, as well as emailed courtesy copies to:

Sean A. Woods
Robert T. Mills
**MILLS & WOODS LAW PLLC**
5055 N. 12th St., Suite 101
Phoenix, AZ 85014
*swoods@millsandwoods.com*
*Attorneys for Plaintiffs*

David K. Pauole
Brett R. Steele
WRIGHT WELKER & PAUOLE PLC
10429 South 51st St., Suite 285
Phoenix, AZ 85044
*Attorneys for Defendant*
*Cave Creek Unified School District*


By: /s/ *Julie Donnelly, CP*
11869129/15111.11

2