**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Meghan M. Baka - #038373
Eli T. Enger - #034242
mmb@udallshumway.com
ete@udallshumway.com
docket@udallshumway.com
Attorneys for Defendant, Deer Valley Unified School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SARAH JOHNSON, AS MOTHER OF MC, A MINOR CHILD<br><br>Plaintiffs,<br><br>v.<br><br>PEORIA UNIFIED SCHOOL DISTRICT, et al.<br><br>Defendants. | No. 2:24-cv-03456-ASB<br><br>**ORDER RE STIPULATION TO EXTEND RESPONSE DEADLINE** |

Before the Court is a stipulation from the parties to extend the deadline for Defendant Deer Valley Unified School District ("DVUSD") to Respond to Plaintiffs' Complaint. For good cause, and upon agreement of the parties,

**IT IS ORDERED** that the stipulation is **GRANTED** and Defendant DVUSD's deadline to respond to the Complaint shall be thirty (30) days after the date of this Order.

DONE IN OPEN COURT:

_____
Honorable Allison Bachus
United States District Court Judge

11868449/15111.11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28