IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson,<br><br>                    Plaintiff,<br><br>v.<br><br>Peoria Unified School District, et al.,<br><br>                    Defendants. | No. CV-24-03456-PHX-ASB<br><br>**ORDER** |

      The Court is in receipt of (1) Plaintiff and Defendant Peoria Unified School District's Joint Motion to Extend Deadline for Defedant (sic) Peoria Unified School District to File its Answer to Complaint, filed January 17, 2025 (Doc. 11) and (2) Plaintiff and Defendant Deer Valley Unified School District's Stipulation to Extend Response Deadline, filed January 23, 2025. (Doc. 13).  In the former, the relevant parties jointly seek to extend the deadline for Defendant Peoria Unified School District to answer or otherwise respond to the Complaint to February 25, 2025.  In the latter, the relevant parties agree that the deadline for Defendant Deer Valley Unified School District to answer or otherwise respond to the Complaint will be extended to February 28, 2025.

      Good cause appearing, the Court will grant the relief requested in each of the above filings.

      **IT IS THEREFORE ORDERED granting** Plaintiff and Defendant Peoria Unified School District's Joint Motion to Extend Deadline for Defedant (sic) Peoria Unified School District to File its Answer to Complaint, filed January 17, 2025 (Doc. 11).

**IT IS FURTHER ORDERED granting** Plaintiff and Defendant Deer Valley Unified School District's Stipulation to Extend Response Deadline, filed January 23, 2025. (Doc. 13).

**IT IS FURTHER ORDERED** that Defendant Peoria Unified School District shall answer or otherwise respond to the Complaint no later than **February 25, 2025**.

**IT IS FURTHER ORDERED** that Defendant Deer Valley Unified School District shall answer or otherwise respond to the Complaint no later than **February 28, 2025.**

Dated this 30th day of January, 2025.

_____
Honorable Alison S. Bachus
United States Magistrate Judge