Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ASB<br><br>**PROOF OF SERVICE OF JULIE VANDENBERG**<br><br>(Assigned to the Honorable Magistrate Alison S. Bachus) |

Through undersigned counsel, Plaintiffs hereby file the proof of service of Defendant Julie Vandenberg, as shown in the Affidavit of Service attached as "**Exhibit 1**" hereto.

///

///

///

///

///

**RESPECTFULLY SUBMITTED** this 6th day of March 2025.

          **MILLS + WOODS LAW, PLLC**

        By */s/ Sean A. Woods*
          Robert T. Mills
          Sean A. Woods
          5055 North 12th Street, Suite 101
          Phoenix, AZ 85014
          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wwpfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District*

Meghan M. Baka
mmb@udallshumway.com
Eli T. Enger
ete@udallshumway.com
jcd@udallshumway.com
**UDALL SHUMWAY**
docket@udallshumway.com
1138 N Alma School Rd., Ste. 101
Mesa, AZ 85201
(480) 461-5300
*Attorneys for Defendant Deer Valley Unified School District*

Michael E. Hensley
mhensley@jshfirm.com
dbrown@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendant Peoria Unified School District*

1
2          */s/ Ben Dangerfield*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4