# EXHIBIT 1

# UNITED STATES DISTRICT COURT

for the
DISTRICT OF ARIZONA

**Sarah Johnson, as mother of MC, a minor child,**
**Plaintiff(s)**
**V.**
**Peoria Unified School District; et al.,**

Civil Action No. CV-24-03456-PHX-ASB

## AFFIDAVIT OF SERVICE

I, LaTasha Schanett Richard, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Julie Vandenberg in Larimer County, CO on March 3, 2025 at 10:06 am at 724 Cheyenne Drive, Fort Collins, CO 80525 by leaving the following documents at the usual place of abode of Julie Vandenberg with Chris Vandenberg who is of suitable age and discretion and resides at the usual place of abode with Julie Vandenberg.

Summons
Consent to Exercise of Magistrate Jurisdiction Instructions
Consent to Exercise of Magistrate Jurisdiction Form
Complaint

White Male, est. age 35-44, glasses: Y, No Hair hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.5615658333,-105.0645163333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Larimer County, CO on 3/5/2025.

/s/ *LaTasha Schanett Richard*

Signature
LaTasha Schanett Richard
+1 (970) 988-5096

Exhibit 1a)
7
2
4
WELCOME
let it snow