T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re the matter of: )
)
SARA JOHNSON, et al., )
) Civil Action No: 2-24-cv-03456-ASB
)
) **CERTIFICATE OF SERVICE**
Plaintiff(s), )
)
v. )
)
PEORIA UNIFIED SCHOOL DISTRICT, et al,)
)
Defendant(s). )
)

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on March 2, 2025, I received; Summons, Consent To Exercise Of Jurisdiction By A United States Magistrate With an Instruction Page and a Plaintiff's First Amended Complaint from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Mark Warren at 4528 E Melanie Dr., Cave Creek, AZ on March 2, 2025 at approximately 9:35 am. I knocked and Mark answered. I then verbally identified and served him.

3. This is considered to be personal service.

4. The fee I charged for this service was $85

I declare under the penalty of perjury that the foregoing is true and correct

_____          3/11/25
Gary Steiner                       Date

```
 1  T. Scott Legal Support Services
    Gary Steiner  ID#  MC 7767
 2  (480) 227-7297
    Tscottlegal2007@aol.com
 3
                      UNITED STATES DISTRICT COURT
 4                    FOR THE DISTRICT OF ARIZONA
 5
    In re the matter of:              )
 6                                    )
    SARA JOHNSON, et al.,             )
 7                                    )     Civil Action No: 2-24-cv-03456-ASB
                                      )
 8          Plaintiff(s),              )    CERTIFICATE OF SERVICE
                                      )
 9                                    )
    v.                                )
10                                    )
    PEORIA UNIFIED SCHOOL DISTRICT, et al,)
11                                    )
           Defendant(s).               )
12  _____)
```

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on March 2, 2025, I received; <u>Summons, Consent To Exercise Of Jurisdiction By A United States Magistrate With an Instruction Page and a Plaintiff's First Amended Complaint</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Nancy Shaver at 2431 E Shangri La Rd., Phoenix, AZ on March 9, 2025 at approximately 8:20 am. I knocked and Nancy answered. I then verbally identified and served her.

3. This is considered to be personal service.

4. The fee I charged for this service was $55

I declare under the penalty of perjury that the foregoing is true and correct

_____        3/11/25
Gary Steiner                      Date

Page 1

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In re the matter of:

SARA JOHNSON, et al.,

    Plaintiff(s),

v.

PEORIA UNIFIED SCHOOL DISTRICT, et al,

    Defendant(s).

Civil Action No: 2-24-cv-03456-ASB

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on March 2, 2025, I received; <u>Summons, Consent To Exercise Of Jurisdiction By A United States Magistrate With an Instruction Page and a Plaintiff's First Amended Complaint</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Jennifer Purvis at 109 W. Ridgecrest Rd., Desert Hills, AZ on March 9, 2025 at approximately 9:05 am. I knocked and Jennifer saw me through the glass door and walked by me, dismissing me with her hand. I kept knocking and she came back to the door and told me "No, go away, goodbye."  I then verbally identified in a loud voice and dropped the documents at the door, which she observed.

3. This is considered to be personal service.

4. The fee I charged for this service was $150

I declare under the penalty of perjury that the foregoing is true and correct

_Gary Steiner_ (signature)     3/11/25

Gary Steiner                    Date

Page 1