**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Meghan M. Baka - #038373
Eli T. Enger- #034242
mmb@udallshumway.com
ete@udallshumway.com
docket@udallshumway.com
Attorneys for Defendant, Deer Valley Unified School District

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Sarah Johnson, As Mother of MC, Minor Child, | No. 2:24-cv-03456-ASB |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND RESPONSE DEADLINE** |
| v. | |
| Peoria Unified School District, et al. | |
| Defendants. | |

The parties, by and through undersigned counsel, hereby stipulate extending the response deadline to the First Amended Complaint in this matter for Defendant Deer Valley Unified School District ("DVUSD") to April 11, 2025. The parties certify that this request for extension is made in good faith and not for purposes of delay.

/ / /
/ / /
/ / /

Respectfully submitted this 13th day of March, 2025.

| UDALL SHUMWAY PLC | MILLS & WOODS LAW PLLC |
|---|---|
| By: /s/Meghan Baka<br>Eli T. Enger<br>Meghan M. Baka<br>1138 N Alma School Rd., Ste. 101<br>Mesa, AZ 85201<br>*Attorneys for Defendant*<br>*Deer Valley Unified School District* | By:/s/*Sean Woods (with permission)*<br>Sean A. Woods<br>Robert T. Mills<br>5055 N. 12th St., Suite 101<br>Phoenix, AZ 85014<br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, I electronically transmitted the attached document to the Clerk's Office using ECF/CM for filing and that all parties' counsel will be served via the Court's ECF/CM system, as well as emailed courtesy copies to:

Sean A. Woods
Robert T. Mills
**MILLS & WOODS LAW PLLC**
5055 N. 12th St., Suite 101
Phoenix, AZ 85014
swoods@millsandwoods.com
*Attorneys for Plaintiff*

David K. Pauole
Brett R. Steele
WRIGHT WELKER & PAUOLE PLC
10429 South 51st St., Suite 285
Phoenix, AZ 85044
*Attorneys for Defendant*
*Cave Creek Unified School District*


By: /s/Julie Donnelly, CP
11950398