IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Sarah Johnson, as Mother of MC, A Minor Child,<br><br>Plaintiffs,<br><br>v.<br><br>Peoria Unified School District, et al.<br><br>Defendants. | No. 2:24-cv-03456-ASB<br><br>**ORDER RE STIPULATION TO EXTEND RESPONSE DEADLINE** |
|---|---|

Before the Court is a stipulation from the parties to extend the deadline for Defendant Deer Valley Unified School District ("DVUSD") to respond to Plaintiff's First Amended Complaint. For good cause, and upon agreement of the parties,

**IT IS ORDERED** that the stipulation is **GRANTED** and Defendant DVUSD's deadline to respond to the First Amended Complaint is extended to April 11, 2025.

DONE IN OPEN COURT:

_____
Honorable Allison Bachus
United States District Court Judge