# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, | No. CV-24-03456-PHX-ASB |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, et al., | |
| Defendants. | |

The Court is in receipt of (1) Plaintiff and Defendant Peoria Unified School District's Stipulation to Extend Deadline for Defendant Peoria Unified School District to File its Answer to Complaint – 2nd Request, filed March 13, 2025 (Doc. 26) and (2) Plaintiff and Defendant Deer Valley Unified School District's Stipulation to Extend Response Deadline, filed March 13, 2025. (Doc. 27). In the former, the relevant parties agree that the deadline for Defendant Peoria Unified School District to answer or otherwise respond to the Complaint will be extended to April 11, 2025. In the latter, the relevant parties agree that the deadline for Defendant Deer Valley Unified School District to answer or otherwise respond to the First Amended Complaint will be extended to April 11, 2025.

Good cause appearing, the Court will grant the relief requested in each of the above filings. In any future requests for extension in this matter, counsel are strongly encouraged to provide information regarding why additional time is needed.

**IT IS THEREFORE ORDERED granting** Plaintiff and Defendant Peoria Unified School District's Stipulation to Extend Deadline for Defendant Peoria Unified School

District to File its Answer to Complaint – 2nd Request (Doc. 26).

**IT IS FURTHER ORDERED granting** Plaintiff and Defendant Deer Valley Unified School District's Stipulation to Extend Response Deadline (Doc. 27).

**IT IS FURTHER ORDERED** that Defendant Peoria Unified School District shall answer or otherwise respond to the First Amended Complaint no later than **April 11, 2025**.

**IT IS FURTHER ORDERED** that Defendant Deer Valley Unified School District shall answer or otherwise respond to the First Amended Complaint no later than **April 11, 2025.**

Dated this 17th day of March, 2025.

_____
Honorable Alison S. Bachus
United States Magistrate Judge