1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson,  Plaintiff,  v.  Peoria Unified School District, et al.,  Defendants. | No. CV-24-03456-PHX-ROS  **ORDER** |

This matter having recently come before this Court,

**IT IS ORDERED** preliminary motions aimed at the pleadings are discouraged if the defect can be cured by filing an amended pleading. The parties must meet and confer prior to the filing of such a motion to determine whether it can be avoided. Thus, motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and motions for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) must contain a certification of conferral indicating the parties have conferred to determine whether an amendment could cure the deficient pleading but have been unable to agree the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Scheduling Conference or within the time set forth in the Rule 16 Case Management Order. Motions to dismiss and motions for judgment on the pleadings that do not contain the required certification are subject to be stricken on the Court's motion.

…

…

1 **IT IS ORDERED** Plaintiff shall serve a copy of this Order upon Defendants and
2 file notice of service.
3    Dated this 1st day of April, 2025.

   Honorable Roslyn O. Silver
   Senior United States District Judge