1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, | No. CV-24-03456-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, et al., | |
| Defendants. | |

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Plaintiff was to serve each Defendant or seek a waiver of service for each Defendant within 90 days of the filing of the Complaint, or Removal to Federal Court, or the action may be dismissed as to that Defendant not served. To date, no affidavits or waivers of service have been filed for Defendants Jana Miller, Sydney Meyers, and Robert Miller.

Accordingly,

…

…

…

…

…

…

…

…

**IT IS ORDERED** that Plaintiff show cause by **April 8, 2025**, why this case should not be dismissed pursuant to Rule 4(m) with respect to the three Defendants not yet served in accordance with the provision of Rule 4 of the Federal Rules of Civil Procedure. Failure to show cause by that date will result in dismissal of this case as to these three Defendants only with no further notice to the Plaintiff.

Dated this 1st day of April, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge