Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>　　　　　　Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SYDNEY MEYERS AND ROBERT MILLER**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Court's Order, ECF No. 34, Plaintiff gives notice that she hereby dismisses Sydney Meyers and Robert Miller as Defendants from this action, without prejudice.

///

///

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**RESPECTFULLY SUBMITTED** this 8th day of April 2025.

MILLS + WOODS LAW, PLLC


By ___/s/ Sean A. Woods___
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wwpfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis*

Meghan M. Baka
mmb@udallshumway.com
Eli T. Enger
ete@udallshumway.com
jcd@udallshumway.com
**UDALL SHUMWAY**
docket@udallshumway.com
1138 N Alma School Rd., Ste. 101
Mesa, AZ 85201
(480) 461-5300
*Attorneys for Defendant Deer Valley Unified School District*

Michael E. Hensley
mhensley@jshfirm.com
dbrown@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

1

*Attorneys for Defendant Peoria Unified School District*

2

3          */s/ Ben Dangerfield*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556