# EXHIBIT 1

T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In re the matter of:                )
                                    )
SARA JOHNSON, et al.,               )
                                    )   Civil Action No: 2-24-cv-03456-ASB
                                    )
     Plaintiff(s),                  )   **CERTIFICATE OF ATTEMPTED SERVICE**
                                    )
v.                                  )
                                    )
PEORIA UNIFIED SCHOOL DISTRICT, et al,)
                                    )
     Defendant(s).                  )
_____ )

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on March 2, 2025, I received; <u>Summons, Consent To Exercise Of Jurisdiction By A United States Magistrate With an Instruction Page and a Plaintiff's First Amended Complaint</u> from The Plaintiff(s).

2. I then proceeded to unsuccessfully serve the above described documents on Jana Miller at 5412 E. Butte Canyon Dr., Cave Creek, AZ.

3. On March 2, 2025 at approximately 10:10 am I knocked 7 times and Ring doorbell twice. No one answered the door or responded on the Ring doorbell. The shutters were all closed.

4. On March 6, 2025 at approximately 8:30 pm I saw lights on in inside and heard the TV playing. I also heard voices talking to each other and a dog. I knocked several times and heard the dog being quieted. I hit the Ring doorbell and kept knocking but they refused to answer the door or Ring doorbell. It was activated numerous times so they knew I was at their door.

5. On March 9, 2025 at approximately 9:30 am I again went to the property with the same results. The shutters were partially open and I knocked multiple times and the Ring doorbell 10 times. No

Page 1

one answered the door or Ring doorbell. It was activated numerous times so they knew I was at their door.

6. It appears Jana and her husband are avoiding answering the door and evading service. I strongly recommend Alternative Service by posting the documents to the door.

7. This is considered to be personal service.

8. The fee I charged for this service was $100

**I declare under the penalty of perjury that the foregoing is true and correct**

Gary Steiner                                                                 Date: 3/11/25

Page 2