MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SERVE DEFENDANT JANA MILLER AND ALLOWING SERVICE BY ALTERNATIVE MEANS**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

THE COURT, having reviewed "Plaintiff's Motion to Extend Time to Serve Defendant Jana Miller With Process and Via Alternative Means" (the "Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** extending the time within which Plaintiff may serve Defendant Jana Miller with process until up to and including fifteen days from the date of entry of this Order, and permitting Plaintiff to do so via posting the service documents to the door of Jana Miller's residence located at 5412 E Butte Canyon Dr., Cave Creek, AZ.

Pursuant to Rule 4.1(k)(2) of the Arizona Rules of Civil Procedure, Plaintiff must also mail a copy of the service documents to that same residence.