1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Sarah Johnson,

No. CV-24-03456-PHX-ROS

10

Plaintiff,

**ORDER**

11

v.

12

Peoria Unified School District, et al.,

13

Defendants.

14
15

    Plaintiff has filed a Motion to Extend Time to Serve Defendant Jana Miller with

16

Process and Via Alternative Means (Doc. 36). Good cause appearing,

17

    **IT IS ORDERED** the Motion to Extend Time (Doc. 36) is **GRANTED**. The

18

deadline for service of Defendant Jana Miller is now **April 23, 2025**.

19

    **IT IS FURTHER ORDERED** Defendant Jana Miller may be served by alternative

20

means, including posting the service documents to the door of her residence and mailing

21

these same documents to that residence.

22

    Dated this 9th day of April, 2025.

23
24
25

Honorable Roslyn O. Silver
Senior United States District Judge

26
27
28