Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**PROOF OF PARTIAL SERVICE OF DEFENDANT JANA MILLER**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Through undersigned counsel and pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, Plaintiff hereby submits the proof of partial service of Defendant Jana Miller in this action as set forth in the Declaration of Benjamin Dangerfield below.

I, Benjamin Dangerfield, hereby declare as follows:

1. I am employed as a litigation paralegal for Sean A. Woods, an attorney for Plaintiff in this action.

2. On April 9, 2025, I placed a stamped and sealed envelope addressed to Defendant Jana Miller ("Defendant"), 5412 E Butte Canyon Dr., Cave Creek, AZ 85331

in our firm's outgoing mailbox. That envelope contained copies of the following documents: the Summons to Defendant; the "Consent to Exercise of Jurisdiction by a United States Magistrate Judge" Instructions and Form, ECF Nos. 29-1 and 29-2; the Court's Order, ECF No. 33; the Court's Order, ECF No. 38, and; "Plaintiffs' First Amended Complaint," ECF No. 18.

3. The foregoing constitutes effective partial service upon Defendant Jana Miller, pursuant to the Court's Order, ECF No. 38.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and recollection.

EXECUTED this 9th day of April, 2025.

/s/ Ben Dangerfield

**RESPECTFULLY SUBMITTED** this 9th day of April 2025.

**MILLS + WOODS LAW, PLLC**

By  /s/ Sean A. Woods
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wwpfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis*

Michael E. Hensley
mhensley@jshfirm.com
dbrown@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendant Peoria Unified School District*

    /s/ Ben Dangerfield

3