John D. Lierman, Bar #030588
Clarissa B. Reiman, Bar #020271
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-1775
Fax:  (602) 200-7832
mhensley@jshfirm.com
jlierman@jshfirm.com
creiman@jshfirm.com

Attorneys for Defendant Peoria Unified
School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>                                        Plaintiffs,<br><br>            v.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver, Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>                                        Defendants. | No. 24-cv-03456-ROS<br><br>**DEFENDANT PEORIA UNIFIED SCHOOL DISTRICT, JOSHUA RAWLINGS AND MONICA CLAY'S DEMAND FOR JURY TRIAL** |

        Defendants Peoria Unified School District, Joshua Rawlings and Monica Clay (collectively, "Defendants"), by and through undersigned counsel, hereby request a trial by jury as to all triable issues in the above-captioned matter.

118319734.1

1    DATED this 11th day of April, 2025.

2                                        JONES, SKELTON & HOCHULI, P.L.C.

3

4                                        By

5                                            John D. Lierman
                                             Clarissa B. Reiman
6                                            40 N. Central Avenue, Suite 2700
                                             Phoenix, Arizona 85004
7                                            Attorneys for Defendant Peoria Unified
                                             School District
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

118319734.1

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on this 11th day of April, 2025, I caused the foregoing

3

document to be filed electronically with the Clerk of Court through the CM/ECF System

4

for filing; and served on counsel of record via the Court's CM/ECF system.

5

      I further certify that some of the participants in the case are not registered

6

CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF

7

participants:

8

Robert T Mills
9
Sean Anthony Woods
MILLS & WOODS LAW PLLC
10
5055 N 12th St., Ste. 101
Phoenix, Arizona 85014
11
T:  (480) 999-4556
rmills@millsandwoods.com
12
swoods@millsandwoods.com
*Attorneys for Plaintiff*
13

David Kapena Pauole
14
Brett Steele
WELKER & PAUOLE PLC
15
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
16
T: (480) 961-0040
dpauole@wplawfirm.com
17
bsteele@wwpfirm.com
*Attorneys for Cave Creek Unified School District*
18

David K. Pauole
19
Brett R. Steele
WELKER & PAUOLE PLC
20
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
21
T: (480) 961-0040
dpauole@wplawfirm.com
22
bsteele@wplawfirm.com
*Attorneys for Defendants Cave Creek Unified School District,*
23
*Matthew Owsley, Julie VanDenBerg, Mark Warren,*
*Debbi Burdick, Janiene Marlow, and Jennifer Purvis*
24

25

*/s/Rachel Barajas*

26

27

28

3