David K. Pauole (021965)
Brett R. Steele (034716)
WELKER & PAUOLE, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ 85044
(480) 961-0040
dpauole@wplawfirm.com
bsteele@wplawfirm.com
Attorneys for Defendant Cave Creek Unified School District,
 Matthew Owsley, Julie VanDenBerg, Mark Warren,
 Debbi Burdick, Janiene Marlow, Jennifer, Purvis, and Jana Miller

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child, <br><br> Plaintiffs, <br><br> vs. <br><br> Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver, Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay, <br><br> Defendants. | No. CV-24-03456-PHX-ROS <br><br> **JOINDER IN ANSWER** |

Defendant Jana Miller hereby joins in the answer filed by defendant Cave Creek Unified School District (Doc. 24).

. . .

DATED this 17th day of April, 2025.

                      WRIGHT WELKER & PAUOLE, PLC

                      By /s/ David K. Pauole
                         David K. Pauole
                         Brett R. Steele
                         10429 South 51st Street, Suite 285
                         Phoenix, AZ  85044
                         Attorneys for Defendant Cave Creek
                           Unified School District, Matthew Owsley,
                           Julie VanDenBerg, Mark Warren, Debbi
                           Burdick, Janiene Marlow, Jennifer Purvis,
                           and Jana Miller

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 17, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ  85003-2161

   /s/ Cindy M. Opsahl
6927-1678