T. Scott Legal Support Services
Gary Steiner  ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In re the matter of:

BARBARA JOHNSON, et al.,

    Plaintiff(s),

v.

PEORIA UNIFIED SCHOOL DISTRICT, et al,

    Defendant(s).

Case No: CV-24-03456-PHX-ROS

**CERTIFICATE OF SERVICE**

1. I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on April 9, 2025, I received: <u>Order For Alternative Service, Additional Order, Summons, Consent To Exercise Of Jurisdiction By A United States Magistrate Judge, Plaintiff's Complaint and a Notice Of Removal</u> from The Plaintiff(s).

2. I then proceeded to successfully serve the above described documents on Jana Miller at 5412 E. Butte Canyon Dr., Cave Creek, Arizona on April 16, 2025 at approximately 12:10 pm. I knocked and no one answered but the ring doorbell became active. I identified myself yet no one replied. I then posted the documents to the door as required by the Order. The attorney mailed the documents to the Defendant..

3. This is considered to be personal service.

4. The fee I charged for this service was $100.

I declare under the penalty of perjury that the foregoing is true and correct

_Gary Steiner_ (signature)     4/18/25
Gary Steiner                   Date