1  Clarissa B. Reiman, Bar #020271
2  John D. Lierman, Bar #030588
   JONES, SKELTON & HOCHULI P.L.C.
3  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
4  Telephone: (602) 263-4487
   Fax: (602) 200-7832
5  creiman@jshfirm.com
   jlierman@jshfirm.com
6  
   Attorneys for Defendant Peoria Unified
7  School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Sarah Johnson, as mother of MC, a minor child, | No. 24-cv-03456-ROS |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF INTIAL DISCLOSURE STATEMENT** |
| v. | |
| Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver, Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay, | |
| Defendants. | |

Defendant, Peoria Unified School District, by and through undersigned counsel, provides notice to the Court and counsel that it served Defendant's Initial Disclosure Statement via email on all counsel in this matter on May 20, 2025.

118465230.1

DATED this 21st day of May, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/Clarissa B. Reiman*
    Clarissa B. Reiman
    John D. Lierman
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant Peoria Unified
    School District

118465230.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Robert T Mills
Sean Anthony Woods
MILLS & WOODS LAW PLLC
5055 N 12th St., Ste. 101
Phoenix, Arizona 85014
T: (480) 999-4556
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

David K. Pauole
Brett R. Steele
WELKER & PAUOLE PLC
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
T: (480) 961-0040
dpauole@wplawfirm.com
bsteele@wplawfirm.com
*Attorneys for Defendants Cave Creek Unified School District, Julie VanDenBerg, Mark Warren, Debbie Burdick, Janiene Marlow, and Jennifer Purvis*

/s/Rachel Barajas

118465230.1