Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child, <br><br> Plaintiffs, <br><br> vs. <br><br> Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay, <br><br> Defendants. | Case No.: CV-24-03456-PHX-ROS <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** <br><br> (Assigned to the Honorable Roslyn O. Silver) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Sarah Johnson, as mother of MC, a minor child, hereby gives notice that this same day she served her Initial Disclosure Statement upon counsel for Defendants via email to their counsel.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 24th day of July 2025.

        **MILLS + WOODS LAW, PLLC**

        By  */s/ Sean A. Woods*
            Robert T. Mills
            Sean A. Woods
            5055 North 12th Street, Suite 101
            Phoenix, AZ 85014
            *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wplawfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis, and Jana Miller*

Michael E. Hensley
mhensley@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay*

　　　　*/s/ Ben Dangerfield*