Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF FIRST SUPPLEMENTAL DISCLOSURE STATEMENT AND RESPONSE TO CAVE CREEK'S FIRST SET OF REQUESTS FOR PRODUCTION**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff Sarah Johnson ("Plaintiff") hereby gives notice of her service this same day of her First Supplemental Disclosure Statement, and her Response to Defendant Cave Creek Unified School District's First Set of Requests for Production, upon all parties via email to their counsel.

///

///

///

**RESPECTFULLY SUBMITTED** this 22nd day of August 2025.

MILLS + WOODS LAW, PLLC


By    /s/ Sean A. Woods
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wplawfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis, and Jana Miller*

Michael E. Hensley
mhensley@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay*

_/s/ Ben Dangerfield_

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556