Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**FIRST NOTICE OF DISCOVERY AND SETTLEMENT**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Through undersigned counsel and pursuant to Section N of the Rule 16 Scheduling Order entered May 12, 2025, ECF No. 49, the parties hereby jointly apprise the Court regarding the status of settlement discussions and the progress of discovery in this action.

1. Settlement Discussions:

At this point, no settlement discussions have occurred.

2. Progress of Discovery:

Discovery is ongoing, and a private mediation will likely be held in the future. Plaintiff owes Defendant Peoria Unified School District with overdue responses to Request for

Production of Documents and Non-Uniform Interrogatories.  The Parties are scheduling a meeting a confer for December 23, 2025 to discuss this discovery issue.

**RESPECTFULLY SUBMITTED** this 22nd day of December 2025.

        **MILLS + WOODS LAW, PLLC**

        By     */s/ Sean A. Woods*
            Robert T. Mills
            Sean A. Woods
            5055 North 12th Street, Suite 101
            Phoenix, AZ 85014
            *Attorneys for Plaintiffs*

        **WRIGHT WELKER & PAUOLE, PLC**

        By     */s/ David K. Pauole (w/ permission)*
            David K. Pauole
            Brett R. Steele
            10429 S 51st St., Ste. 285
            Phoenix, AZ 85044
            *Attorneys for the Cave Creek School Defendants*

        **JONES, SKELTON & HOCHULI P.L.C.**

        By     */s/ Clarissa B. Reiman (w/ permission)*
            Michael E. Hensley
            John D. Lierman
            Clarissa B. Reiman
            40 N Central Ave., Ste. 2700
            Phoenix, AZ 85004
            *Attorneys for the Peoria School Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wplawfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis, and Jana Miller*

Michael E. Hensley
mhensley@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay*

　　　/s/ Ben Dangerfield