Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**PLAINTIFF'S MOTION TO AMEND RULE 16 SCHEDULING ORDER**<br><br>(First Request)<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff hereby respectfully moves to amend the Rule 16 Scheduling Order, ECF No. 49 (the "Order"), in this action, to extend certain deadlines as set forth below. No previous amendment or extension request has been sought or granted. Good cause exists for same, primarily to better reflect deadlines related to discovery and supplementation thereof to align with expert disclosures, and additionally due to multiple illnesses of Plaintiff's counsel over the last month, Plaintiff's counsel's abnormally full schedule of

depositions in December, and preparation for a trial in December that ultimately settled on the eve of that trial.

In light of the above, Plaintiff hereby respectfully moves to amend the Order by extending the following deadlines as follows:

1. The last day for Plaintiff to serve her expert disclosures, from January 23, 2026 to **April 24, 2026**;

2. The last day for Defendants to serve their expert disclosures, from March 13, 2026 to **June 19, 2026**;

3. The last day to serve final Supplemental Disclosure, from April 3, 2026 to **July 24, 2026;**

4. The last day to file the Joint Status Report described in Section T of the previous Scheduling Order, from April 29, 2026 to **June 26, 2026.**

5. The last day to complete depositions, from May 5, 2026 to **July 3, 2026.**

6. The last day to serve responses to discovery requests, from **May** 5, 2026 to **June 19, 2026**;

7. The interim Rule 16 Status Conference, from May 7, 2026 at 11:00 a.m. to **a date this Court deems appropriate**, and;

8. The last day to file dispositive motions, from May 22, 2026 to **August 28, 2026**.

///

///

///

**RESPECTFULLY SUBMITTED** this 21st day of January 2026.

                                      **MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
       Robert T. Mills
       Sean A. Woods
       5055 North 12th Street, Suite 101
       Phoenix, AZ 85014
       *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wplawfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis, and Jana Miller*

Michael E. Hensley
mhensley@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay*

          /s/ Ben Dangerfield