Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**[PROPOSED] ORDER AMENDING RULE 16 SCHEDULING ORDER**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

The Court, having reviewed the "Stipulation to Amend Rule 16 Scheduling Order" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** amending the Rule 16 Scheduling Order, ECF No. 49, in this action, by extending the following dates and deadlines as follows:

1. The last day for Plaintiff to serve her expert disclosures, from January 23, 2026 to **April 24, 2026**;

2. The last day for Defendants to serve their expert disclosures, from March 13, 2026 to **June 19, 2026**;

3. The last day to serve final Supplemental Disclosure, from April 3, 2026 to **July 24, 2026**;

4. The last day to file the Joint Status Report described in Section T of the previous Scheduling Order, from April 29, 2026 to **June 26, 2026**;

5. The last day to complete depositions, from May 5, 2026 to **August 28, 2026**;

6. The last day to serve responses to discovery requests, from May 5, 2026 to **June 19, 2026**;

7. The interim Rule 16 Status Conference, from May 7, 2026 at 11:00 a.m. to _____, and;

8. The last day to file dispositive motions, from May 22, 2026 to **August 28, 2026**.