David K. Pauole (021965)
Brett R. Steele (034716)
WELKER & PAUOLE, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ 85044
(480) 961-0040
dpauole@wplawfirm.com
bsteele@wplawfirm.com
Attorneys for Defendant Cave Creek Unified School District,
 Julie VanDenBerg, Mark Warren, Debbi Burdick,
 Janiene Marlow, Jennifer, Purvis, and Jana Miller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; et al<br><br>Defendants. | No. CV-24-03456-PHX-ROS<br><br>**RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND RULE 16 SCHEDULING ORDER** |

Plaintiff MC[1] claims to have filed his motion in compliance with LR 7.3. But notably absent from the motion is the required mention of the other parties' positions on the requested extensions. For the record, undersigned counsel previously informed plaintiff's counsel of his opposition to wholesale changes to the scheduling order, particularly as it pertains to the disclosure of expert witnesses and opinions.

---

[1] Plaintiff MC is no longer a minor.

Plaintiff's counsel cites illnesses and an abnormally full schedule within the last two months. But the real issue is that plaintiff has not diligently prosecuted this case from the beginning. For example, initial disclosures were due no later than June 26. Plaintiff did not provide his initial disclosures until July 24. Plaintiff's responses to Cave Creek's discovery requests were due June 11. Plaintiff did not provide responses until August 21. Plaintiff's responses to Peoria's discovery request were due July 24. Plaintiff did not provide responses until two weeks ago.

Plaintiff's purported justification fails to account for the repeated delays throughout the entire case. Accordingly, Cave Creek opposes the motion to extend deadlines.

DATED this 4th day of February, 2026.

                                        WELKER & PAUOLE, PLC

                                        By  /s/ David K. Pauole
                                             David K. Pauole
                                             Brett R. Steele
                                             10429 South 51st Street, Suite 285
                                             Phoenix, AZ  85044
                                             Attorneys for Defendant Cave Creek
                                                Unified School District, Julie VanDenBerg,
                                                Mark Warren, Debbi Burdick,
                                                Janiene Marlow, Jennifer Purvis,
                                                and Jana Miller

. . .

. . .

. . .

## CERTIFICATE OF SERVICE

     I hereby certify that on February 4, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ  85003-2161

   /s/ Tara Contessa
6927-1678