Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,<br><br>Defendants. | Case No.: CV-24-03456-PHX-ROS<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF THEIR AMENDED MOTION TO AMEND RULE 16 SCHEDULING ORDER**<br><br>(First Request)<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiff hereby respectfully replies in support of their Amended Motion to Amend Rule 16 Scheduling Order, ECF No. 49 (the "Order"), in this action, to extend certain deadlines as set forth in the Amended Motion. No previous amendment or extension request has been sought or granted. Defendants Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, Jennifer Purvis, and Jana Miller (the "CC Defendants") did not identify any prejudice nor

even attempted to analyze the same. Furthermore, Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay (the "Peoria Defendants") did not file an opposition to Plaintiff's requested amendments.

Plaintiff's Amended Motion explained that modification is necessary to align expert disclosure deadlines with ongoing discovery and supplementation, and due to multiple illnesses of Plaintiff's counsel, an abnormally full deposition schedule in December, and preparation for a December trial that settled on the eve of trial. Defendants' response does not dispute those circumstances. It simply reframes the issue as alleged historical delay. The proper inquiry, however, is whether good cause exists to modify the schedule going forward and not whether the case has progressed perfectly at every juncture. Plaintiff's Motion further was filed before the expiration of any of the deadlines requested to be modified. The modifications to the schedule are not outrageous. The final date to be modified extends the calendar by a total of approximately ninety-eight days.

CC Defendants reference earlier delays including the timing of initial disclosures and discovery responses. However, they do not assert that they moved to compel, that discovery was foreclosed, that expert preparation has been compromised, or that any trial setting is jeopardized. In fact, no prejudice was discussed.

CC Defendants take the wrong position that Plaintiff's Amended Motion did not comply with LR 7.3. That was the express purpose of Plaintiff's Amended Motion, to include the proper certification. Plaintiff set out the respective positions of counsel for CC Defendants and Plaintiff's attempt to obtain Peoria Defendants' position. Plaintiff's Amended Motion expressly stated that Peoria Unified School District did not respond

regarding its position. Only CC Defendants filed a response. Peoria Defendants have not filed any opposition. The absence of opposition further confirms that the requested modifications do not materially prejudice the defense or disrupt case management.

Plaintiff respectfully requests that the Court grant the Amended Motion to Amend the Rule 16 Scheduling Order in full.

**RESPECTFULLY SUBMITTED** this 11th day of February 2026.

        **MILLS + WOODS LAW, PLLC**
        By */s/ Sean A. Woods*
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014
        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wplawfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis, and Jana Miller*

Michael E. Hensley
mhensley@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay*

      /s/ Ben Dangerfield