David K. Pauole (021965)
Brett R. Steele (034716)
WELKER & PAUOLE, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040
dpauole@wplawfirm.com
bsteele@wplawfirm.com
Attorneys for Defendant Cave Creek Unified School District,
 Julie VanDenBerg, Mark Warren, Debbi Burdick,
 Janiene Marlow, Jennifer, Purvis, and Jana Miller

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; et al<br><br>Defendants. | No. CV-24-03456-PHX-ROS<br><br>**NOTICE OF SERVICE OF SECOND SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

Defendants Cave Creek Unified School District, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, Jennifer, Purvis, and Jana Miller hereby give notice that on February 13, 2026, they served their *Second Supplemental Disclosure Statement* on all parties through counsel *via e-mail* as follows:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
swoods@millsandwoods.com

Attorneys for Plaintiffs
Michael Hensley
John D. Lierman
Clarissa B. Reiman
Jones, Skelton & Hochuli P.L.C
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004
creiman@jshfirm.com
Attorneys for Defendant Peoria USD

DATED this 19th day of February, 2026.

                WRIGHT WELKER & PAUOLE, PLC


                By   /s/ David K. Pauole
                   David K. Pauole
                   Brett R. Steele
                   10429 South 51st Street, Suite 285
                   Phoenix, AZ  85044
                   Attorneys for Defendant Cave Creek
                     Unified School District, Julie VanDenBerg,
                     Mark Warren, Debbi Burdick,
                     Janiene Marlow, Jennifer Purvis,
                     and Jana Miller


## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ  85003-2161

   /s/ Cindy M. Opsahl

6927-1678