1  David K. Pauole (021965)
2  Brett R. Steele (034716)
   WELKER & PAUOLE, PLC
3  10429 South 51st Street, Suite 285
4  Phoenix, AZ  85044
   (480) 961-0040
5  dpauole@wplawfirm.com
6  bsteele@wplawfirm.com
   Attorneys for Defendant Cave Creek Unified School District,
7   Julie VanDenBerg, Mark Warren, Debbi Burdick,
8   Janiene Marlow, Jennifer, Purvis, and Jana Miller

9

10                    IN THE UNITED STATES DISTRICT COURT

11                         FOR THE DISTRICT OF ARIZONA

12
    | Sarah Johnson, as mother of MC, a minor child, | No. CV-24-03456-PHX-ROS |
    |---|---|
    | Plaintiffs, | **NOTICE OF VIDEOTAPED DEPOSITION – PLAINTIFF MC** |
    | vs. | |
    | Peoria Unified School District; et al | |
    | Defendants. | |

20      YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30, FRCP, the ***videotaped***

21  deposition will be taken upon oral and visual examination of the person whose name and

23  address are stated below at the time and place stated below before an officer authorized by

24  law to administer oaths.  If the name is not known, a general description sufficient to

25  identify the person or the particular class or group to which the person belongs is given

27  below.

28  . . .

**PERSON TO BE EXAMINED:**  **Plaintiff MC**
c/o Sean A. Woods, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014

**DATE AND TIME OF DEPOSITION:** Friday, April 17, 2026, at 10:00 a.m.

**PLACE OF DEPOSITION:**   Welker & Pauole, PLC
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044

DATED this 27th day of February, 2026.

WRIGHT WELKER & PAUOLE, PLC

By  /s/ David K. Pauole
   David K. Pauole
   Brett R. Steele
   10429 South 51st Street, Suite 285
   Phoenix, AZ  85044
   Attorneys for Defendant Cave Creek
     Unified School District, Julie VanDenBerg,
     Mark Warren, Debbi Burdick,
     Janiene Marlow, Jennifer Purvis,
     and Jana Miller

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ  85003-2161

COPY emailed to:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
swoods@millsandwoods.com
Attorneys for Plaintiffs

Michael Hensley
John D. Lierman
Clarissa B. Reiman
Jones, Skelton & Hochuli P.L.C
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004
creiman@jshfirm.com
Attorneys for Defendant Peoria USD

Griffin & Associates LLC
3200 East Camelback Road, Suite 177
Phoenix, AZ  85018
calendar@griffinreporters.com
*Court Reporter*

   /s/ Cindy M. Opsahl
6927-1678