IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>Peoria Unified School District, et al.,<br><br>    Defendants. | No. CV-24-03456-PHX-ROS<br><br>**ORDER** |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** this matter has been reassigned by random lot to the Honorable John J. Tuchi. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-24-03456-PHX-JJT.

There is one pending motion in this matter: Doc. 59, Plaintiff's Amended Motion to Amend Rule 16 Scheduling Order.

Dated this 27th day of February, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge