David K. Pauole (021965)
Brett R. Steele (034716)
WELKER & PAUOLE, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040
dpauole@wplawfirm.com
bsteele@wplawfirm.com
Attorneys for Defendant Cave Creek Unified School District,
 Julie VanDenBerg, Mark Warren, Debbi Burdick,
 Janiene Marlow, Jennifer, Purvis, and Jana Miller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; et al<br><br>Defendants. | No. CV-24-03456-PHX-JJT<br><br>**FIRST AMENDED NOTICE OF VIDEOTAPED DEPOSITION – PLAINTIFF MC**<br>***[via Zoom Videoconference]*** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30, FRCP, the ***videotaped*** deposition will be taken upon oral and visual examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths.  If the name is not known, a general description sufficient to identify the person or the particular class or group to which the person belongs is given below.

. . .

| | | |
|---|---|---|
| **PERSON TO BE EXAMINED:** | | **Plaintiff MC** |
| | | c/o Sean A. Woods, Esq. |
| | | Mills & Woods Law PLLC |
| | | 5055 North 12th Street, Suite 101 |
| | | Phoenix, AZ  85014 |

**DATE AND TIME OF DEPOSITION:**  Friday, April 17, 2026, at 10:00 a.m.

**PLACE OF DEPOSITION:**     *Via Zoom videoconference*

DATED this 3rd day of March, 2026.

                    WRIGHT WELKER & PAUOLE, PLC

                    By  /s/ David K. Pauole
                        David K. Pauole
                        Brett R. Steele
                        10429 South 51st Street, Suite 285
                        Phoenix, AZ  85044
                        Attorneys for Defendant Cave Creek
                          Unified School District, Julie VanDenBerg,
                          Mark Warren, Debbi Burdick,
                          Janiene Marlow, Jennifer Purvis,
                        and Jana Miller

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable John J. Tuchi
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 525
401 West Washington Street, SPC 83
Phoenix, AZ  85003-2161

| | |
|---|---|
| 1 | COPY emailed to: |
| 2 | |
| 3 | Sean A. Woods, Esq.<br>Robert T. Mills, Esq. |
| 4 | Mills & Woods Law PLLC |
| 5 | 5055 North 12th Street, Suite 101<br>Phoenix, AZ  85014 |
| 6 | swoods@millsandwoods.com |
| 7 | Attorneys for Plaintiffs |
| 8 | Michael Hensley |
| 9 | John D. Lierman<br>Clarissa B. Reiman |
| 10 | Jones, Skelton & Hochuli P.L.C |
| 11 | 40 North Central Avenue, Suite 2700<br>Phoenix, AZ  85004 |
| 12 | creiman@jshfirm.com |
| 13 | Attorneys for Defendant Peoria USD |
| 14 | Griffin & Associates LLC |
| 15 | 3200 East Camelback Road, Suite 177<br>Phoenix, AZ  85018 |
| 16 | calendar@griffinreporters.com |
| 17 | *Court Reporter* |
| 18 | ___/s/ Cindy M. Opsahl_____<br><sub>6927-1678</sub> |