Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child, <br><br> Plaintiffs, <br><br> vs. <br><br> Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay, <br><br> Defendants. | Case No.: CV-24-03456-PHX-JJT <br><br> **STIPULATION FOR EXTENSION OF DEADLINES** <br><br> (Second Request) <br><br> (Assigned to the Honorable John J. Tuchi) |

Through undersigned counsel and pursuant to Rule 7.3 of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate, agree, and respectfully request, that deadlines in this action be extended by approximately one-hundred days each, in accordance with the [Proposed] Order attached hereto, and as set forth below. One previous request for extension of deadlines has been sought and granted, and all remaining parties consent to this request.

Good cause exists for same. Approximately two-and-a-half months ago, Plaintiff's counsel's wife received a stage 4 breast cancer diagnosis, which has required and continues

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

to require extensive medical treatment, including ongoing rounds of chemotherapy. As a result, Plaintiff's counsel has been out of the office for significant periods of time attending to and caring for her, as well as their young daughter.  Moreover, the parties have a mediation scheduled for September 11, at which they hope to obtain a settlement of this matter.

Given all the above, the parties hereby respectfully request that the following deadlines in this action be extended as follows:

1.	The last day to propound Rules 33 through 36 discovery, from May 5, 2026 to **August 14, 2026**;

2.	The last day to serve responses to discovery requests, from June 19, 2026 to **September 29, 2026**;

3.	The last day for Defendants to serve expert disclosures, from June 19, 2026 to **September 29, 2026**;

4.	The last day to complete depositions, from July 3, 2026 to **October 13, 2026**;

5.	The last day to serve final supplemental disclosure, from July 24, 2026 to **November 4, 2026**, and;

6.	The last day to file dispositive and Daubert motions, from August 28, 2026 to **December 8, 2026**.

///

///

///

///

2

**RESPECTFULLY SUBMITTED** this 17th day of July 2026.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiffs*

**WRIGHT WELKER & PAUOLE, PLC**

By  */s/ David K. Pauole (w/ permission)*
  David K. Pauole
  Brett R. Steele
  10429 S 51st St., Ste. 285
  Phoenix, AZ 85044
  *Attorneys for Cave Creek Defendants*

**JONES, SKELTON & HOCHULI P.L.C.**

By  */s/ Clarissa B. Reiman (w/ permission)*
  Michael E. Hensley
  John D. Lierman
  Clarissa B. Reiman
  40 N Central Ave., Ste. 2700
  Phoenix, AZ 85004
  *Attorneys for Peoria Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wplawfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis, and Jana Miller*

Michael E. Hensley
mhensley@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay*

        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4