MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child, | Case No.: CV-24-03456-PHX-JJT |
| Plaintiffs, | **[PROPOSED] ORDER EXTENDING DEADLINES** |
| vs. | |
| Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay, | (Assigned to the Honorable John J. Tuchi) |
| Defendants. | |

THE COURT, having reviewed the "Stipulation for Extension of Deadlines (Second Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines as follows:

1.      The last day to propound Rules 33 through 36 discovery, from May 5, 2026 to **August 14, 2026**;

2.      The last day to serve responses to discovery requests, from June 19, 2026 to **September 29, 2026**;

3.      The last day for Defendants to serve expert disclosures, from June 19, 2026 to **September 29, 2026**;

4.      The last day to complete depositions, from July 3, 2026 to **October 13, 2026**;

5.      The last day to serve final supplemental disclosure, from July 24, 2026 to **November 4, 2026**, and;

6.      The last day to file dispositive and Daubert motions, from August 28, 2026 to **December 8, 2026**.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556