# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, | No. CV-24-03456-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, *et al.*, | |
| Defendants. | |

At issue is the parties' Stipulation for Extension of Deadlines (Second Request) (Doc. 69). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for Extension of Deadlines (Second Request) (Doc. 69) and extending the deadlines as follows:

1. The last day to propound Rules 33 through 36 discovery, from May 5, 2026 to **August 14, 2026**;

2. The last day to serve responses to discovery requests, from June 19, 2026 to **September 29, 2026**;

3. The last day for Defendants to serve expert disclosures, from June 19, 2026 to **September 29, 2026**;

4. The last day to complete depositions, from July 3, 2026 to **October 13, 2026**;

5. The last day to serve final supplemental disclosure, from July 24, 2026 to **November 4, 2026**, and;

6.   The last day to file dispositive and *Daubert* motions, from August 28, 2026 to **December 8, 2026**.

All other aspects of the Court's May 12, 2025 Scheduling Order (Doc. 49; Modified at 66) remain in effect.

Dated this 29th day of July, 2026.

Honorable John J. Tuchi
United States District Judge