David K. Pauole (021965)
Brett R. Steele (034716)
WELKER & PAUOLE, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040
dpauole@wplawfirm.com
bsteele@wplawfirm.com
Attorneys for Defendant Cave Creek Unified School District,
  Julie VanDenBerg, Mark Warren, Debbi Burdick,
  Janiene Marlow, Jennifer, Purvis, and Jana Miller

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Johnson, as mother of MC, a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>Peoria Unified School District; et al<br><br>Defendants. | No. CV-24-03456-PHX-ROS<br><br>**NOTICE OF DEPOSITION –<br>PLAINTIFF SARAH JOHNSON** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30, FRCP, the deposition will be taken upon oral examination of the person whose name and address are stated below at the time and place stated below before an officer authorized by law to administer oaths.  If the name is not known, a general description sufficient to identify the person or the particular class or group to which the person belongs is given below.

. . .

Welker & Pauole, PLC
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040

**PERSON TO BE EXAMINED:**       **Plaintiff Sarah Johnson**
                                 c/o Sean A. Woods, Esq.
                                 Mills & Woods Law PLLC
                                 5055 North 12th Street, Suite 101
                                 Phoenix, AZ  85014

**DATE AND TIME OF DEPOSITION:**  Friday, October 2, 2026, at 9:00 a.m.
                                 [Arizona time]

**PLACE OF DEPOSITION:**       *Via Zoom videoconference*

        DATED this 5th day of August, 2026.

                                 WRIGHT WELKER & PAUOLE, PLC


                                 By  /s/ David K. Pauole
                                     David K. Pauole
                                     Brett R. Steele
                                     10429 South 51st Street, Suite 285
                                     Phoenix, AZ  85044
                                     Attorneys for Defendant Cave Creek
                                       Unified School District, Julie VanDenBerg,
                                       Mark Warren, Debbi Burdick,
                                       Janiene Marlow, Jennifer Purvis,
                                       and Jana Miller


                          **CERTIFICATE OF SERVICE**

        I hereby certify that on August 5, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 West Washington Street, SPC 59
Phoenix, AZ  85003-2161

COPY emailed to:

Sean A. Woods, Esq.
Robert T. Mills, Esq.
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
swoods@millsandwoods.com
Attorneys for Plaintiffs

Michael Hensley
John D. Lierman
Clarissa B. Reiman
Jones, Skelton & Hochuli P.L.C
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004
creiman@jshfirm.com
Attorneys for Defendant Peoria USD

Griffin & Associates LLC
3200 East Camelback Road, Suite 177
Phoenix, AZ  85018
calendar@griffinreporters.com
*Court Reporter*

    /s/ Cindy M. Opsahl
6927-1678