Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Sarah Johnson, as mother of MC, a minor child,

Plaintiffs,

vs.

Peoria Unified School District; Cave Creek Unified School District; Deer Valley Unified School District; Debbie Burdick; Mark Warren; Robert Miller; Nancy Shaver; Julie Vandenberg; Sydney Meyers; Matthew Owsley; Jennifer Purvis; Janiene Marlow; Jana Miller; Joshua Rawlings; Monica Clay,

Defendants.

Case No.: CV-24-03456-PHX-JJT

**PLAINTIFF'S NOTICE OF SERVICE OF RESTATED INTERROGATORIES TO DEFENDANT CAVE CREEK**

(Assigned to the Honorable John J. Tuchi)

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiff hereby gives notice that this same day she served "Plaintiff's Restated Interrogatories to Defendant Cave Creek Unified School District" via email to the parties' counsel.

///

///

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**RESPECTFULLY SUBMITTED** this 16th day of October 2026.

**MILLS + WOODS LAW, PLLC**

By *<u>/s/ Sean A. Woods</u>*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David K. Pauole
dpauole@wplawfirm.com
copsahl@wplawfirm.com
Brett R. Steele
bsteele@wwpfirm.com
**WRIGHT WELKER & PAUOLE, PLC**
10429 S 51st St., Ste. 285
Phoenix, AZ 85044
(480) 961-0040
*Attorneys for Defendant Cave Creek Unified School District, Matthew Owsley, Julie VanDenBerg, Mark Warren, Debbi Burdick, Janiene Marlow, and Jennifer Purvis, and Jana Miller*

Michael E. Hensley
mhensley@jshfirm.com
ldrapeau@jshfirm.com
John D. Lierman
jlierman@jshfirm.com
Clarissa B. Reiman
creiman@jshfirm.com
rbarajas@jshfirm.com
**JONES, SKELTON & HOCHULI P.L.C.**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
(602) 263-1775
*Attorneys for Defendants Peoria Unified School District, Joshua Rawlings, and Monica Clay*

*/s/ Ben Dangerfield*